SOLOMON SHAPIRO, Respondent, v. MEYER JASON et al., Copartners under the Name of BRETON LOOMS COMPANY, Appellants.— Order unanimously

affirmed, with $20 costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.